UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHRISTOPHER M. PARSELS,

                              Plaintiff,                      9:25-CV-0756
                                                                           (GTS/DJS)
        v.

PRIME CARE MEDICAL INC., et al.,

                              Defendants.
_____

APPEARANCES:                                                    OF COUNSEL:

CHRISTOPHER M. PARSELS
Plaintiff, pro se
25-B-1277
Fishkill Correctional Facility
P.O. Box 1245
Beacon, NY 12508

GLENN T. SUDDABY
United States District Judge

# ORDER

       In June 2025, plaintiff pro se Christopher M. Parsels ("plaintiff") commenced this civil rights action. Dkt. No. 1. Plaintiff, who was confined at Warren County Jail at the time he filed this action, did not pay the filing fee for this action and sought leave to proceed in forma pauperis ("IFP"). Dkt. No. 2. By Decision and Order filed on July 25, 2025 (the "July 2025 Order"), the Court granted plaintiff's IFP application and reviewed the sufficiency of the complaint in accordance with 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b). Dkt. No. 8. The Court found that the complaint failed to state a claim and dismissed all claims, without prejudice. *See id*. In light of plaintiff's pro se status, he was afforded an opportunity to file an amended complaint. *See id.* Plaintiff was cautioned that if he failed to timely file an amended

complaint as directed, the Clerk of the Court would be directed to enter judgment dismissing the action without prejudice, without further order of the Court pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and for failure to comply with the July 2025 Order. *Id*. at 10 (emphasis in original).

On August 14, 2025, plaintiff filed a Notice of Change of Address indicating his new address as Fishkill Correctional Facility. Dkt. No. 11.

On September 8, 2025, plaintiff filed a submission with the Court. Dkt. No. 14. In a Decision and Order filed on October 8, 2025 (the "October 2025 Order"), the Court advised plaintiff that the submission would not be accepted as an amended complaint. Dkt. No. 15. The Court noted that the submission did not include a caption, a list of parties, any cause of action, or any request for relief. *Id.* In light of plaintiff's pro se status, he was afforded sixty days to submit a pleading that complied with the Court's Local Rules of Practice. *Id.* The October 2025 Order was mailed to plaintiff at his address of record, Fishkill Correctional Facility. *See id.*

After receiving no response or any communication from plaintiff, the Court conducted a search of the Inmate Information Database maintained by the New York State Department of Corrections and Community Supervision ("DOCCS"), using plaintiff's Department ID Number (25-B-1277). The search revealed that the plaintiff is still housed at Fishkill Correctional Facility. See https://nysdoccslookup.doccs.ny.gov/ (last visited Feb. 2, 2026).

As of the date of this Decision and Order, plaintiff has not complied with the Court's Orders, nor has he communicated with the Court in any manner regarding this action.[1]

---

[1] As further evidence that plaintiff has abandoned this action, the Court notes that the related case, *Parsels v. Glens Falls Hosp., et al.*, No. 9:25-CV-0745 (N.D.N.Y. filed Jun. 13, 2025), was dismissed on December 1, 2025, due to plaintiff's failure to comply with Court orders. *Id*., Dkt. No. 9.

**WHEREFORE**, it is hereby

**ORDERED** that this action is **DISMISSED** without leave to replead due to plaintiff's failure to comply with July 2025 Order and October 2025 Order and the Clerk is directed to enter judgment accordingly; and it is further

**ORDERED** that the Clerk serve a copy of this Decision and Order on plaintiff at his address of record.

**IT IS SO ORDERED.**

Dated: February 9, 2026

Glenn T. Suddaby
U.S. District Judge